[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 13, 2005
THOMAS K. KAHN
CLERK

No. 04-14139

D. C. Docket No. 04-20271 CV-PAS

CAROL SUE PERKINS, as personal representative of
the Estate of Harry Glenn Perkins, deceased,

Plaintiff-Appellant,

versus

SANDALS RESORTS INTERNATIONAL, LTD.,
a foreign Corporation,
d.b.a. Sandals Royal Bahamin Resorts and Spa,
UNIQUE VACATIONS, INC.,
a Florida corporation,
d.b.a. Sandals Resorts, Inc.,

Defendants-Appellees,

PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS,

Defendant.

Appeal from the United States District Court
for the Southern District of Florida

**(June 13, 2005)**

Before DUBINA and WILSON, Circuit Judges, and LAWSON*, District Judge.

PER CURIAM:

Appellant/Plaintiff appeals the district court's grant of summary judgment in favor of Appellees/Defendants, Sandals Resorts International, Ltd. and Unique Vacations, Inc., in this negligence action.

We review *de novo* a district court's grant of summary judgment. *Gerling Global Reinsurance Corp. of America v. Gallagher*, 267 F.3d 1228, 1233-34 (11th Cir. 2001).

After reviewing the record, reading the parties briefs and having the benefit of oral argument, we affirm the district court's grant of summary judgment based on its well-reasoned order filed on July 15, 2004.

**AFFIRMED.**

---

*Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.